UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ PENSION FUND,

        Plaintiff,

- against -

LANDING B ASSOCIATES, LLC, ET AL.,

        Defendants.

---

24-cv-2112 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **July 9, 2024**.

SO ORDERED.

Dated:    New York, New York
            June 24, 2024

                                      John G. Koeltl
                                    United States District Judge