UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ PENSION FUND,

               Plaintiff,

- against -

LANDING B ASSOCIATES LLC, ET AL.,

               Defendant.

24-cv-2112 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the third-party defendant may file a motion to dismiss the third-party complaint by **November 8, 2024**. The parties should respond to the motion by **November 22, 2024**. The third-party defendant may reply by **December 6, 2024**.

SO ORDERED.

Dated:    New York, New York
            September 9, 2024

                                                            /s/ John G. Koeltl
                                                  John G. Koeltl
                                            United States District Judge